No. 10-6551. LaVern Berryhill, Petitioner v. James Hardy Payne, Judge, United States District Court for the Northern District of Oklahoma, et al.

562 U.S. 999, 131 S. Ct. 554, 178 L. Ed. 2d 367, 2010 U.S. LEXIS 8375.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit dismissed. See Rule 39.8.

No. 137, Original. State of Montana, Plaintiff v. State of Wyoming and State of North Dakota.

562 U.S. 1000, 131 S. Ct. 551, 178 L. Ed. 2d 367, 2010 U.S. LEXIS 8598.

November 1, 2010. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Justice Kagan took no part in the consideration or decision of this motion.

No. 09-529. Virginia Office for Protection and Advocacy, Petitioner v. James W. Stewart, III, Commissioner, Virginia Department of Behavioral Health and Developmental Services, et al.

562 U.S. 1000, 131 S. Ct. 551, 178 L. Ed. 2d 367, 2010 U.S. LEXIS 8649.

November 1, 2010. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Justice Kagan took no part in the consideration or decision of this motion.

No. 09-1279. Federal Communications Commission, et al., Petitioners v. AT&T Inc., et al.

562 U.S. 1000, 131 S. Ct. 551, 178 L. Ed. 2d 367, 2010 U.S. LEXIS 8507.

November 1, 2010. Motion of the Acting Solicitor General to dispense with printing the joint appendix granted. Justice Kagan took no part in the consideration or decision of this motion.

No. 10-218. PPL Montana, LLC, Petitioner v. Montana.

562 U.S. 1000, 131 S. Ct. 552, 178 L. Ed. 2d 367, 2010 U.S. LEXIS 8540.

November 1, 2010. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 10-272. John Crane Inc., Petitioner v. Thomas F. Atwell, Jr., Executor of the Estate of Thomas F. Atwell, Deceased.

562 U.S. 1000, 131 S. Ct. 552, 178 L. Ed. 2d 367, 2010 U.S. LEXIS 8501.

November 1, 2010. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.